| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: <br> WESTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Lets Talk Interactive, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    56-2250410

4. **Debtor's address**

   **Principal place of business**

   6000 Fairview Road
   Suite 1225
   Charlotte, NC 28210
   Number, Street, City, State & ZIP Code

   Mecklenburg
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Lets Talk Interactive, Inc.  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    7371

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor    Lets Talk Interactive, Inc. _____    Case number (*if known*)_____
Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99       ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor   Lets Talk Interactive, Inc.                                                              Case number (*if known*)
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 21, 2023
              MM / DD / YYYY

**X**  /s/   Arthur Cooksey                                    Arthur Cooksey
       Signature of authorized representative of debtor        Printed name

       Title   President

---

**18. Signature of attorney**

**X**  /s/ Steven E. Wallace                                   Date   September 21, 2023
       Signature of attorney for debtor                              MM / DD / YYYY

       Steven E. Wallace
       Printed name

       Ward Damon PL
       Firm name

       4420 Beacon Circle
       West Palm Beach, FL 33407
       Number, Street, City, State & ZIP Code

       Contact phone   (561) 842-3000      Email address   swallace@warddamon.com

       _____
       Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

Fill in this information to identify the case:

Debtor name: Lets Talk Interactive, Inc.
United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adam Fetterman<br>1231 SW Sunset Trail<br>Palm City, FL 34990 | | Trade debt | | | | $21,605.00 |
| Arthur Cooksey<br>13230 Balentyne Corporate Place<br>Unit 124<br><br>Charlotte, NC 28277 | | Promissory Note | | | | $385,000.00 |
| Candice DeLong<br>369 Montezuma Avenue #138<br>Santa Fe, NM 87501 | | Promissory Note | | | | $137,300.00 |
| Frank Mayer & Associates<br>1975 Wisconsin Avenue<br>Grafton, WI 53024 | | Trade debt | | | | $161,320.53 |
| Hubspot<br>PO Box 419842<br>Boston, MA 02241 | | Promissory Note | | | | $15,184.80 |
| JH Elms & Company LLC<br>9902 San Sebastian Way<br>Port Richey, FL 34668 | | Trade debt | | | | $20,000.00 |
| LinkedIn Corp<br>1000 W. Maude Avenue<br>Sunnyvale, CA 94085 | | Trade debt | | | | $31,200.00 |
| Lonestar Strategies LLC<br>1539 Davenport Drive<br>New Port Richey, FL 34655 | | Trade debt | | | | $18,602.79 |

Debtor  Lets Talk Interactive, Inc.                               Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Magrish International Inc.<br>9147 West Cross Drive 10-204<br>Littleton, CO 80123 | | Trade debt | | | | $6,000.00 |
| Marianne Wilson<br>2200 Hilldale Drive<br>Rock Hill, SC 29732 | | Promissory Note | | | | $15,000.00 |
| MSE Advisors Inc.<br>5409 Old Course Drive<br>Charlotte, NC 28277 | | Trade debt | | | | $7,500.00 |
| Phelps School District<br>4451 Old School Road<br>Phelps, WI 54554 | | Trade debt | | | | $15,577.38 |
| Redox<br>2020 Eastwood Drive<br>Madison, WI 53704 | | Trade debt | | | | $22,800.00 |
| Salo LLC<br>PO Box 1414<br>Minneapolis, MN 55480 | | Trade debt | | | | $5,035.00 |
| SecurePoint 360 LLC<br>PO Box 373<br>Butler, NJ 07405 | | Trade debt | | | | $27,465.00 |
| Stearns Weaver Miller<br>150 West Flagler Street<br>Miami, FL 33130 | | Trade debt | | | | $8,835.75 |
| Trump Card Holdings LLC<br>PO Box 31001-3053<br>Pasadena, CA 91110 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $9,659.94 |
| VancoreJones Communications LLC<br>906 Thomasville Road<br>Tallahassee, FL 32303 | | Trade debt | | | | $12,000.00 |
| Your Next Agency<br>Haarlemmerweg 331a<br>1051 LH Amsterdam<br>The Netherlands | | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $124,562.50 |
| Zoom<br>55 Almaden Boulevard<br>6th Floor<br>San Jose, CA 95113 | | Trade debt | | | | $130,832.65 |

ABC/AMEGA
500 Seneca Street  Suite 503
Buffalo, NY 14204

ABC/AMEGA
500 Seneca Street  Suite 503
Buffalo, NY 14204

ABC/AMEGA
500 Seneca Street  Suite 503
Buffalo, NY 14204

ABC/AMEGA
500 Seneca Street  Suite 503
Buffalo, NY 14204

ABC/AMEGA
500 Seneca Street  Suite 503
Buffalo, NY 14204

ABC/AMEGA
500 Seneca Street  Suite 503
Buffalo, NY 14204

ABC/AMEGA
500 Seneca Street  Suite 503
Buffalo, NY 14204

ABC/AMEGA
500 Seneca Street  Suite 503
Buffalo, NY 14204

ABC/AMEGA
500 Seneca Street  Suite 503
Buffalo, NY 14204

ABC/AMEGA
500 Seneca Street  Suite 503
Buffalo, NY 14204


Adam Fetterman
1231 SW Sunset Trail
Palm City, FL 34990


AddEvent, Inc.
400 Concar Drive
San Mateo, CA 94402


Advantech
13 Whatney
Irvine, CA 92618


Arthur Cooksey
13230 Balentyne Corporate Place
Unit 124
Charlotte, NC 28277

```
Atlantic.net
c/o American Profit Recovery
34505 W. 12th Mile Road Suite 333
Farmington, MI 48331


Bank of America
PO Box 660441
Dallas, TX 75266


Candice DeLong
369 Montezuma Avenue #138
Santa Fe, NM 87501


Conversion Pipeline
11350 Random Hills Road Suite 800
Fairfax, VA 22030


DNSimple
2412 Irwin Street
Melbourne, FL 32901


Encore Global
9840 International Drive
Orlando, FL 32819


Everest Business Funding
5 West 37th Street Suite 1100
New York, NY 10018


Forward Financing
53 State Street 20th Floor
Boston, MA 02109


Frank Mayer & Associates
1975 Wisconsin Avenue
Grafton, WI 53024


Front Line
PO Box 84405
Seattle, WA 98124


Gamboa Garcia and Cardonaa
NIT 900.522.862-7
Cr 9 80 45 P4 Bogota, Colombia
Boca Raton, FL 33431


Global Med
15023 N. 73rd Street
Scottsdale, AZ 85260


Hargan & Assciates, LLC
4510 37th Street North
Arlington, VA 22207
```

Hims
350 N. Orleans Street Suite S10000
Chicago, IL 60654


Hubspot
PO Box 419842
Boston, MA 02241


James deNobriga, PLLC
1712 Euclid Ave.
Charlotte, NC 28203


James deNobriga, PLLC
1712 Euclid Ave.
Charlotte, NC 28203


Jeeves
c/o Enterprise Recover LLC
301 Lacey Street
West Chester, PA 19382


JH Elms & Company LLC
9902 San Sebastian Way
Port Richey, FL 34668


John Elms
9902 San Sebastian Way
Tarpon Springs, FL 34688


John McCole CPA
8000 Corporate Center Drive Suite 2005
Charlotte, NC 28226


LinkedIn Corp
1000 W. Maude Avenue
Sunnyvale, CA 94085


Lonestar Strategies LLC
1539 Davenport Drive
New Port Richey, FL 34655


Magrish International Inc.
9147 West Cross Drive 10-204
Littleton, CO 80123


Marianne Wilson
2200 Hilldale Drive
Rock Hill, SC 29732


Microsoft Office 365
One Microsoft Way
Redmond, WA 98052


MSE Advisors Inc.
5409 Old Course Drive
Charlotte, NC 28277

ODK Capital LLC (OnDeck)
4700 W. Daybreak Parkway
South Jordan, UT 84009


Parkside Funding Group
7 Sherwood Drive
Lakewood, NJ 08701


Phelps School District
4451 Old School Road
Phelps, WI 54554


Pinnacle Bank
5980 Fairview Road
Charlotte, NC 28210


Redox
2020 Eastwood Drive
Madison, WI 53704


Ring Central Inc.
20 Davis Drive
Belmont, CA 94002


RMG*Regus
6000 Fairview Road Suite 1200
Charlotte, NC 28210


Salo LLC
PO Box 1414
Minneapolis, MN 55480


SecurePoint 360 LLC
PO Box 373
Butler, NJ 07405


Stearns Weaver Miller
150 West Flagler Street
Miami, FL 33130


Taurus Marketing BTL LLC
1317 Edgewater Drive #4195
Orlando, FL 32804


Trump Card Holdings LLC
PO Box 31001-3053
Pasadena, CA 91110


US Small Business Administration
PO Box 3918
Portland, OR 97208


VancoreJones Communications LLC
906 Thomasville Road
Tallahassee, FL 32303

```
Your Next Agency
Haarlemmerweg 331a
1051 LH Amsterdam The Netherlands


Zoom
55 Almaden Boulevard 6th Floor
San Jose, CA 95113
```

# United States Bankruptcy Court
## Western District of North Carolina

In re: Lets Talk Interactive, Inc.
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Lets Talk Interactive, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Arthur Cooksey
13230 Balentyne Corporate Place
Unit 125
Charlotte, NC 28277

☐ None [*Check if applicable*]

September 21, 2023
Date

/s/ Steven E. Wallace
Steven E. Wallace
Signature of Attorney or Litigant
Counsel for  Lets Talk Interactive, Inc.
Ward Damon PL
4420 Beacon Circle
West Palm Beach, FL 33407
(561) 842-3000  Fax:(561) 842-3626
swallace@warddamon.com